**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**District of Massachusetts**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Irokos Group, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 1 8 1 3 1 1 5 | |
| **4. Debtor's address** | **Principal place of business** **32 Norfolk Avenue** Number    Street **South Easton, MA 02375** City    State    ZIP Code **Bristol** County | **Mailing address, if different from principal place of business** Number    Street City    State    ZIP Code **Location of principal assets, if different from principal place of business** Number    Street City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Irokos Group, LLC**_____  Case number *(if known)*_____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                      MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                      MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                                    MM / DD / YYYY<br>        Case number, if known _____ |

Debtor **Irokos Group, LLC** _____ Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number   Street<br>_____<br>City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **Irokos Group, LLC**
Name

Case number *(if known)*

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/23/2025**
MM/ DD/ YYYY

X **/s/ Sidiki Fadiki**
Signature of authorized representative of debtor

**Sidiki Fadiki**
Printed name

Title  **Manager**

### 18. Signature of attorney

X **/s/ Marques Lipton**
Signature of attorney for debtor

Date  **06/23/2025**
MM/ DD/ YYYY

**Marques Lipton**
Printed name

**Lipton Law Group, LLC**
Firm name

**945 Concord Street**
Number    Street

**Framingham**                **MA**        **01701**
City                          State         ZIP Code

Contact phone

**marques@liptonlg.com**
Email address

**676087**                    **MA**
Bar number                    State

Fill in this information to identify the case:

Debtor name: **Irokos Group, LLC**

United States Bankruptcy Court for the: **District of Massachusetts**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration<br>SBA Disaster Loan Services Center<br>2 North 20th Street 320<br>Birmingham, AL 35203 | | UCC-1 All Assets | | | | $485,165.51 |
| 2 | North Shore Bank, a Co-operative Bank<br>248 Andover Street<br>Peabody, MA 01960 | | UCC-1 All Assets Lien | | | | $339,216.90 |
| 3 | Saxco International, Inc.<br>2975 Cordelia Road<br>Fairfield, CA 94534 | | Materials supplied | | | | $59,237.30 |
| 4 | Internal Revenue Service<br>Po Box 7364<br>Philadelphia, PA 19101-7364 | | Excise tax | | | | $39,718.40 |
| 5 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>Po Box 7090<br>Boston, MA 02204-7090 | | Excise tax | | | | $7,915.88 |
| 6 | Glanbia Nutrition<br>5500 Nobel Drive Suite 250<br>Madison, WI 53711 | | Materials supplied | | | | $2,578.88 |
| 7 | EOMS<br>P.O. Box 3608<br>Brockton, MA 02304 | | Trash/Recylcing pickup | | | | $1,530.00 |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **Irokos Group, LLC**　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204　　　　**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　　　page 2

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

IN RE: **Irokos Group, LLC**　　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**06/23/2025**　　Signature　　**/s/ Sidiki Fadiki**
　　　　　　　　　　　　　　　　　　　Sidiki Fadiki, Manager

EOMS
P.O. Box 3608
Brockton, MA 02304

Eversource
247 Station Drive
Westwood, MA 02090

Sidiki Fadika
175 Cumberland Road
Wrentham, MA 02093

Glanbia Nutrition
5500 Nobel Drive Suite 250
Madison, WI 53711

Internal Revenue Service
Po Box 7364
Philadelphia, PA 19101-7364

John F. Morello
Morello & Associates, P.C.
220 Broadway, Unit 402
Lynnfield, MA 01940

Massachusetts Department of Revenue
Bankruptcy Unit
Po Box 7090
Boston, MA 02204-7090

North Shore Bank, a
Co-operative Bank
248 Andover Street
Peabody, MA 01960

Office of the United States Attorney
1 Courthouse Way 9200
Boston, MA 02210

Saxco International, Inc.
2975 Cordelia Road
Fairfield, CA 94534

Sidiki Fadika
175 Cumberland Road
Wrentham, MA 02093

U.S. Small Business Administration
SBA Disaster Loan Services Center
2 North 20th Street 320
Birmingham, AL 35203

XPO Logistics
P.O. Box 982020
North Richland Hills, TX 76182

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

IN RE:                                                                                      CHAPTER  **11**
**Irokos Group, LLC**

DEBTOR(S)                                                                           CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Sidiki Fadika**<br>175 Cumberland Road<br>Wrentham, MA 02093 | | | 100 % membership interest |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Manager** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **06/23/2025**                                    Signature: **/s/ Sidiki Fadiki**
                                                                          *Sidiki Fadiki, Manager*

# United States Bankruptcy Court
## District of Massachusetts

In re  **Irokos Group, LLC**                                    Case No.
                                    Debtor(s)                   Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Irokos Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**06/23/2025**                              **/s/ Marques Lipton**
Date                                         **Marques Lipton**
                                             Signature of Attorney or Litigant
                                             Counsel for   **Irokos Group, LLC**
                                             **Bar Number: 676087**
                                             **Lipton Law Group, LLC**
                                             **945 Concord Street**
                                             **Framingham, MA 01701**
                                             **Phone: (508) 202-0681**
                                             **Email: marques@liptonlg.com**